IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

BRUCE J. ROGERS                                                                                    PLAINTIFF

VERSUS                                                            CIVIL ACTION NO. 1:05cv166WJG-JMR

CITY OF OCEAN SPRINGS
c/o MARK HARE                                                                                     DEFENDANT

FINAL JUDGMENT

THIS MATTER is before the court on the motion[14-1] of Defendant City of Ocean Springs [Ocean Springs] to dismiss Plaintiff's second amended complaint in this case pursuant to rules 12(b) 5 & 6 of the FEDERAL RULES OF CIVIL PROCEDURE.  Pursuant to this Court's Memorandum Opinion issued in this cause, this date, it is hereby,

ORDERED AND ADJUDGED that Defendant Ocean Springs motion to dismiss [14-1] be, and is hereby, granted.  It is further,

ORDERED AND ADJUDGED that this matter be, and is hereby, dismissed on this docket of this Court.  It is further,

ORDERED AND ADJUDGED that the parties shall bear their respective costs.

SO ORDERED AND ADJUDGED this the 23rd day of June, 2006.

*Walter J. Gex III*
UNITED STATES SENIOR DISTRICT JUDGE